UNITED STATES STEEL CORPORATION,
Plaintiff,

and

Nucor Corporation, Plaintiff,

v.

UNITED STATES, Defendant.

Essar Steel Limited, Plaintiff–Appellant,

v.

United States, Defendant–Appellee,

and

United States Steel Corporation, Defendant–Appellee,

and

Nucor Corporation, Defendant–Appellee.

No. 2011–1074.

United States Court of Appeals, Federal Circuit.

July 7, 2011.

Mark P. Lunn, Arent Fox LLP, of Washington, DC, argued for plaintiff-appellant.

David D'Alessandria, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Nathaniel B. Bolin, Skadden, Arps, Slate, Meagher & Flom LLP, of Washington, DC, argued for defendant-appellee United States Steel Corporation. With him on the brief were Robert E. Lighthizer, Jeffrey D. Gerrish and Stephen J. Narkin.

Alan H. Price, Wiley Rein LLP, of Washington, DC, for defendant-appellee Nucor Corporation. With him on the brief were Timothy C. Brightbill and Maureen E. Thorson.

RADER, Chief Judge, PROST and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.